IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00718-EWN-BNB

CH2M HILL, INC., a Florida corporation, on behalf of itself, and
CH2M HILL COMPANIES, LTD, on behalf of the CH2M Hill Companies Deferred
Compensation Plan, an ERISA-governed employee benefit plan,

Plaintiffs,

v.

KEITH ALEXANDER,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Unopposed Motion to Amend Answer and Add Counterclaims** [docket no. 18, filed September 2, 2008] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Answer and Counterclaim for filing. Plaintiffs have ten (10) days to respond to the counterclaim.


DATED: September 3, 2008