# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-718-~~EWN~~-MJW-BNB

CH2M HILL, INC., a Florida corporation, on behalf of itself and,

CH2M HILL Companies, LTD on behalf of the CH2M Hill Companies Deferred Compensation Plan, an ERISA-governed employee benefit plan,

    Plaintiffs

vs.

KEITH ALEXANDER,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER
( Docket no. 30 )

The Court, having reviewed the parties' Stipulated Motion to Modify Scheduling Order, find and ORDERS ~~as follows:~~ The motion (Docket No. 30) is granted and the Scheduling Order deadlines shall be modified as follows:

| Description | Deadline |
| --- | --- |
| Discovery Cutoff | 1/31/09 |
| Dispositive Motion Deadline | 2/20/09 |
| Expert Witness Disclosure Deadline | 12/1/08 |
| Rebuttal Expert Witness Disclosure Deadline | 1/1/09 |

DONE this 9Th day of October, 2008.

BY THE COURT:

_[signature]_
~~District Court Magistrate Judge~~

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**