IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-718-~~EWN~~-MJW-BNB

CH2M HILL, INC., a Florida corporation, on behalf of itself and,

CH2M HILL Companies, LTD on behalf of the CH2M Hill Companies Deferred Compensation Plan, an ERISA-governed employee benefit plan,

    Plaintiffs

vs.

KEITH ALEXANDER,

    Defendant.

---

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER
( Docket No. 51 )

The Court, having reviewed the parties' Joint Motion to Modify Scheduling Order, find and ORDERS as follows:

The Scheduling Order deadlines shall be modified as follows:

| **Description** | **Deadline** |
| --- | --- |
| Discovery Cutoff | 4/1/09 |
| Dispositive Motion Deadline | 4/10/09 |

DONE this 14th day of January, 2009.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO