IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00718-MJW-BNB

CH2M HILL, INC., a Florida corporation, on behalf of itself and,

CH2M HILL Companies, LTD on behalf of the CH2M Hill Companies Deferred Compensation Plan, an ERISA-governed employee benefit plan,

   Plaintiffs,

vs.

KEITH ALEXANDER,

   Defendant.

## ORDER MODIFYING SCHEDULING ORDER ( Docket No. 57 )

The Court, upon the unopposed Motion of Plaintiffs to modify the Scheduling Order, hereby ORDERS as follows:

   The Discovery Cutoff is extended to May 22, 2009.

   The Dispositive Motions Cutoff is extended to May 29, 2009.

   The Final Pretrial Conference set for May 4, 2009 at 10:30 a.m. is VACATED and RE-SET for August 3, 2009, at 10:30 a.m. Proposed Order Due July 28, 2009.

Dated April 16, 2009.

                            BY THE COURT:

                            Michael J. Watanabe
                            United States Magistrate Judge