IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00718-MJW-BNB

CH2M HILL, INC., a Florida corporation, on behalf of itself, and
CH2M HILL COMPANIES, LTD, on behalf of the CH2M Hill Companies Deferred
Compensation Plan, an ERISA-governed employee benefit plan,

Plaintiffs,

v.

KEITH ALEXANDER,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Permission for Defendant to Appear at Settlement Conference by Telephone** [docket no. 61, filed April 24, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Defendant's counsel is to have available a telephone number where defendant can be reached during the course of the Settlement Conference on May 8, 2009.

DATED:  April 27, 2009