IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00718-MJW-BNB

CH2M HILL, INC., a Florida corporation, on behalf of itself, and
CH2M HILL COMPANIES, LTD, on behalf of the CH2M Hill Companies Deferred
Compensation Plan, an ERISA-governed employee benefit plan,

Plaintiffs,

v.

KEITH ALEXANDER,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 22, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated May 8, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge