IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 08-cv-00718-MJW-BNB**

CH2M HILL, INC., et al.,

Plaintiff(s),

v.

KEITH ALEXANDER,

Defendant(s).

## MINUTE ORDER

This case has been settled pursuant to the Settlement Conference conducted before Magistrate Judge Boland on May 8, 2009.

It is hereby ORDERED that on or before May 22, 2009, the parties shall file a stipulation or motion to dismiss with prejudice with Magistrate Judge Watanabe, pursuant to Fed.R.Civ.P. 41(a), or a written status report addressing why dismissal has not been accomplished.

It is FURTHER ORDERED that all future hearings set before Magistrate Judge Watanabe are VACATED.  All pending motions are DENIED without prejudice.

May 11, 2009