IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00718-MJW-BNB

CH2M HILL, INC., a Florida corporation, on behalf of itself and,

CH2M HILL Companies, LTD on behalf of the CH2M Hill Companies Deferred Compensation Plan, an ERISA-governed employee benefit plan,

Plaintiffs,

vs.

KEITH ALEXANDER,

Defendant.

## ORDER OF DISMISSAL

Upon the Stipulated Motion of the parties (Doc. No. 75), it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

Dated: June 11th, 2009.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge